1  TIMOTHY ZINDEL, #158377
   P.O. Box 188976
2  Sacramento, CA 95818
   Tel: (916) 704-2665
3  timzindel@gmail.com
4
5  Attorney for Defendant
   FELIX RODRIGUEZ
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:20-CR-0201-DAD |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND ORDER RESCHEDULING HEARING ON JUDGMENT AND SENTENCING** |
| FELIX RODRIGUEZ, | ) | |
| Defendant. | ) | Judge: Hon. Dale A. Drozd<br>Date: April 18, 2023<br>Time: 9:30 a.m. |

Plaintiff, United States of America, and defendant, Felix Rodriguez, hereby stipulate that the hearing on Judgment and Sentencing scheduled for April 18, 2023, may be continued to June 20, 2023, at 9:30 a.m.

Mr. Rodriguez and his counsel ask to continue sentencing in light of a recent personal tragedy in Mr. Rodriguez's life. Also, Mr. Rodriguez was recently moved to the Yuba County Jail, interrupting the programming he hoped to complete while housed in Sacramento and prior to sentencing. He is exploring alternatives at Yuba County. The parties recognize that the time he is serving will ultimately be credited to his sentence, and they expect sentencing to occur on June 20th without further delay.

-1-

-2-

The government has no objection to Mr. Rodriguez's request.

Respectfully Submitted,

Dated:  April 11, 2023          */s/ Tim Zindel*
                                TIMOTHY ZINDEL
                                Attorney for FELIX RODRIGUEZ


                                PHILLIP A. TALBERT
                                United States Attorney


Dated:  April 11, 2023          */s/ T. Zindel for R. Pearson*
                                ROSS PEARSON
                                Assistant U.S. Attorney

**O R D E R**

Hearing on judgment and sentencing is continued to June 20, 2023, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **April 12, 2023**          _____
                                    UNITED STATES DISTRICT JUDGE