TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
FELIX RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:20-CR-0201-DAD |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER** |
|  | ) **RESCHEDULING HEARING ON** |
|  | ) **JUDGMENT AND SENTENCING** |
| FELIX RODRIGUEZ, | ) |
| Defendant. | ) Judge:  Hon. Dale A. Drozd |
|  | ) Date:   June 20, 2023 |
|  | ) Time:   9:30 a.m. |

    Plaintiff, United States of America, and defendant, Felix Rodriguez, hereby stipulate that the hearing on Judgment and Sentencing scheduled for June 20, 2023, may be continued to September 12, 2023, at 9:30 a.m.

    Mr. Rodriguez and his counsel ask to continue sentencing in light of an ongoing, recent personal tragedy in Mr. Rodriguez's life – his girlfriend remains in a coma in a Stockton hospital and he has asked to remain nearby for the time being.  The parties recognize that the time he is serving will ultimately be credited to his sentence, which the parties expect will exceed the time he has thus far spent in custody.

    This delay is at Mr. Rodriguez's specific request.

The government has no objection to Mr. Rodriguez's request.

Respectfully Submitted,

Dated:  June 10, 2023         */s/ Tim Zindel*
                              TIMOTHY ZINDEL
                              Attorney for FELIX RODRIGUEZ


                              PHILLIP A. TALBERT
                              United States Attorney


Dated:  June 10, 2023         */s/ T. Zindel for R. Pearson*
                              ROSS PEARSON
                              Assistant U.S. Attorney

**O R D E R**

Pursuant to the stipulation of the parties, hearing on judgment and sentencing in this case is continued to September 12, 2023 at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **June 12, 2023**         _____
                                  UNITED STATES DISTRICT JUDGE