TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA 95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
FELIX RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:20-CR-0201-DAD |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER RESCHEDULING HEARING ON JUDGMENT AND SENTENCING** |
| FELIX RODRIGUEZ, | ) |
| Defendant. | ) Judge: Hon. Dale A. Drozd<br>) Date: September 12, 2023<br>) Time: 9:30 a.m. |

   Plaintiff, United States of America, and defendant, Felix Rodriguez, hereby stipulate that the hearing on Judgment and Sentencing scheduled for September 12, 2023, may be continued to January 16, 2024, at 9:30 a.m.

   Mr. Rodriguez and his counsel ask to continue sentencing to allow Mr. Rodriguez to complete a high school diploma course he has undertaken while at Yuba County Jail. He has completed all but 10 units of the course and expects to earn his diploma by the end of the year. He is also mourning the recent death of his girlfriend who died in a Stockton hospital in August after several months in a coma. The parties recognize that the time he is serving will ultimately be credited to his sentence, which the parties expect will exceed the time he has thus far spent in

custody. This delay is at Mr. Rodriguez's request and the government has no objection to the request to move sentencing to January.

Respectfully Submitted,

Dated: September 7, 2023    */s/ Tim Zindel*
TIMOTHY ZINDEL
Attorney for FELIX RODRIGUEZ

PHILLIP A. TALBERT
United States Attorney

Dated: September 7, 2023    */s/ T. Zindel for R. Pearson*
ROSS PEARSON
Assistant U.S. Attorney

**O R D E R**

Pursuant to the stipulation of the parties and good cause appearing, the hearing on judgment and sentencing previously scheduled for September 12, 2023, is continued to January 26, 2024, at 9:30 am.

IT IS SO ORDERED.

Dated:   **September 7, 2023**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE