TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
FELIX RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:20-CR-0201-DAD |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER**<br>) **RESCHEDULING HEARING ON**<br>) **JUDGMENT AND SENTENCING** |
| FELIX RODRIGUEZ, | ) |
| Defendant. | ) Judge:  Hon. Dale A. Drozd<br>) Date:   January 16, 2024<br>) Time:   9:30 a.m. |

Plaintiff, United States of America, and defendant, Felix Rodriguez, hereby stipulate that the hearing on Judgment and Sentencing scheduled for January 16, 2024, may be continued to April 2, 2024, at 9:30 a.m.

Mr. Rodriguez and his counsel ask to continue sentencing for the following reasons, recognizing that sentencing has been continued numerous times.  Since his plea in March 2021, Mr. Rodriguez, while facing personal challenges including the long-term illness and eventual death of his girlfriend, has been afforded numerous programming opportunities that defense counsel believes would not be made available to him by the Bureau of Prisons.  Late last year, while housed at the Yuba County Jail, he was able to earn his high school diploma.  More

-1-

recently, he has enrolled in a janitorial training program, which he seeks additional time to complete.

Mr. Rodriguez has been deemed a gang dropout, a status that, in defense counsel's recent experience, is likely to cost him any chance to program at the BOP (defense counsel's last client with that status has been confined to special housing at three different BOP facilities for the past 23 months, while BOP has failed to provide him with a safe placement).

The parties recognize that the time Mr. Rodriguez is serving will be credited to his sentence.  Defense counsel believes Mr. Rodriguez will be close to having served his likely guidelines term in April.  Mr. Rodriguez and defense counsel intend to spend the next two months locating a residential program in Yuba, Sutter, or Sacramento Counties to afford Mr. Rodriguez a smoother transition to the community than he might otherwise obtain.  This delay is at Mr. Rodriguez's own request and the government has no objection to it.  The parties do not expect delay past April.

Respectfully Submitted,

Dated:  January 9, 2024   */s/ Tim Zindel*
TIMOTHY ZINDEL
Attorney for FELIX RODRIGUEZ


PHILLIP A. TALBERT
United States Attorney


Dated:  January 9, 2024   */s/ T. Zindel for R. Pearson*
ROSS PEARSON
Assistant U.S. Attorney


/ / / / /

/ / / / /

/ / / / /

/ / / / /

**O R D E R**

Hearing on judgment and sentencing is continued to April 2, 2024 at 9:30 a.m. No further continuances of the sentencing date absent a compelling showing of good cause.

IT IS SO ORDERED.

Dated: **January 10, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE